William J. Robinson (SBN 83729)
Victor de Gyarfas (SBN 171950)
Grant E. Kinsel (SBN 172407)
**FOLEY & LARDNER LLP**
2029 Century Park East, 35th Floor
Los Angeles, California 90067-3021
Telephone: 310-277-2223
Facsimile: 310-557-8475
wrobinson@foley.com
vdegyarfas@foley.com
gkinsel@foley.com

Attorneys for Plaintiff
**FORMFACTOR, INC.**

Juanita R. Brooks, CA SBN 75934,
brooks@fr.com
John E. Giust, CA SBN 196337,
giust@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: 858-678-5070
Facsimile: 858-678-5090

Barry K. Shelton, CA SBN 199307,
shelton@fr.com
FISH & RICHARDSON P.C.
111 Congress Avenue, Suite 810
Austin, TX 78701-4143
Telephone : 512-472-5070
Facsimile : 512-320-8935

Tamara Fraizer, CA SBN 215942,
fraizer@fr.com
S. Kameron Parvin, CA SBN 232349,
parvin@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: 650-839-5070
Facsimile: 650-839-5071

Attorneys for Defendants
**MICRONICS JAPAN CO. LTD** and
**MJC ELECTRONICS CORP.**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **FORMFACTOR, INC.**, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**MICRONICS JAPAN CO., LTD.**, a Japanese corporation; and, **MJC ELECTRONICS CORP.**, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:06-CV-07159 JSW<br><br>**STIPULATION RE CHANGES TO PRE-TRIAL DATES AND [PROPOSED] ORDER** |

1  Pursuant to Civil Local Rule 6-2(a) and 6-1(b), plaintiff FormFactor, Inc. and
2  defendants Micronics Japan Co., Ltd. and MJC Electronics Corp. do hereby stipulate, for
3  the convenience of counsel for FormFactor, Inc. in meeting a deadline set over the
4  Independence Day holiday and in fairness to both parties, to the following changes in the
5  case schedule:

| EVENT (Patent Local Rule) | Old Date | Newly Stipulated To Date |
|---|---|---|
| Prelim. Infringement Contentions (3-1, 3-2) | Thursday, July 05, 2007 | Thursday, July 19, 2007 |
| Prelim. Invalidity Contentions (3-3, 3-4) | Monday, August 20, 2007 | Monday, September 03, 2007 |
| Exchange Claim Terms (4-1) | Wednesday, August 29, 2007 | Wednesday, September 12, 2007 |
| Meet and Confer re Claim Terms (4-1(b)) | Thursday, September 13, 2007 | Thursday, September 27, 2007 |
| Exchange Claim Constructions (4-2) | Tuesday, September 18, 2007 | Tuesday, October 02, 2007 |
| Meet and Confer re Claim Constructions (4-2c) | Monday, October 1, 2007 | Monday, October 08, 2007 |
| Joint Claim Construction Statement (4-3) | Thursday, October 18, 2007 | Thursday, October 25, 2007 |
| Close Claim Construction Discovery (4-4) | Friday, November 16, 2007 | Friday, November 23, 2007 |
| Patentee's Claim Construction Brief (4-5a) | Friday, December 14, 2007 | Friday, December 14, 2007 |
| Opposing Claim Construction Brief (4-5b) | Friday, January 4, 2008 | Friday, January 04, 2008 |
| Reply Claim Construction Brief (4-5c) | Friday, January 11, 2008 | Friday, January 11, 2008 |
| Tutorial | Tuesday, February 12, 2008 | Tuesday, February 12, 2008 |
| Claim Construction Hearing (4-6) | Monday, February 18, 2008 | Monday, February 18, 2008 |

The parties thus agree and propose to extend the dates for provision of the parties' contentions and the exchange of claim terms and claim construction by two weeks as specified above. They agree and propose to extend the dates for provision of the joint claim construction statement and the close of claim construction discovery by one week as specified above. The dates by which the parties will file their respective claim construction briefs and the dates of the tutorial and claim construction hearing are not changed. Thus, the proposed changes will not adversely affect the progress of the case.

There have been no previous modifications to the schedule for this case.

STIPULATION RE CHANGES TO PRE-TRIAL DATES AND [PROPOSED] ORDER
CASE NO. 3:06-CV-07159 JSW

2

LACA_838667.1

This stipulation is made without prejudice to seek additional orders from the Court, subject to the approval of this Honorable Court.

Dated: July 5, 2007  /s/ Victor de Gyarfas
Victor de Gyarfas
**FOLEY & LARDNER LLP**

Attorneys for
**FORMFACTOR, INC.**

Dated: July 5, 2007  /s/ Tamara Fraizer
**FISH & RICHARDSON P.C.**

Attorneys for **MICRONICS JAPAN CO., LTD. and MJC ELECTRONICS CORP**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Tamara Fraizer.

Dated: July 5, 2007  /s/ Victor de Gyarfas
Victor de Gyarfas
**FOLEY & LARDNER LLP**

Attorneys for
**FORMFACTOR, INC.**

**ORDER**

IT IS SO ORDERED.

Dated: July 5, 2007

_____
UNITED STATES DISTRICT JUDGE

STIPULATION RE CHANGES TO PRE-TRIAL DATES AND [PROPOSED] ORDER
CASE NO. 4:06-CV-07159 JSW

3

LACA_838667.1