William J. Robinson (SBN 83729)
Victor de Gyarfas (SBN 171950)
Grant E. Kinsel (SBN 172407)
**FOLEY & LARDNER LLP**
2029 Century Park East, 35th Floor
Los Angeles, California 90067-3021
Telephone:  310-277-2223
Facsimile:  310-557-8475
wrobinson@foley.com
vdegyarfas@foley.com
gkinsel@foley.com

Attorneys for Plaintiff
**FORMFACTOR, INC.**

Juanita R. Brooks, CA SBN 75934,
brooks@fr.com
John E. Giust, CA SBN 196337,
giust@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: 858-678-5070
Facsimile: 858-678-5090

Barry K. Shelton, CA SBN 199307,
shelton@fr.com
FISH & RICHARDSON P.C.
111 Congress Avenue, Suite 400
Austin, TX 78701-4143
Telephone:  512-472-5070
Facsimile:  512-320-8935

Tamara Fraizer, CA SBN 215942,
fraizer@fr.com
S. Kameron Parvin, CA SBN 232349,
parvin@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: 650-839-5070
Facsimile: 650-839-5071

Attorneys for Defendants
**MICRONICS JAPAN CO. LTD** and **MJC ELECTRONICS CORP.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| FORMFACTOR, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICRONICS JAPAN CO., LTD., a Japanese corporation; and, MJC ELECTRONICS CORP., a Delaware corporation,<br><br>Defendants. | Case No. 3:06-CV-07159 JSW<br><br>**STIPULATION RE CHANGES TO PRE-TRIAL DATES AND AMENDED [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 6-2(a) and 6-1(b), Plaintiff FormFactor, Inc., and Defendants Micronics Japan Co., Ltd., and MJC Electronics Corp. do hereby stipulate, in fairness to the parties and to accommodate the provision by FormFactor of its Amended Preliminary Infringement Contentions, to extend the time for various dependent pre-trial events whose timing, as outlined by the Patent Local Rules, depends upon the provision of such contentions.

1       By agreement, FormFactor will move, unopposed, for leave to amend its Preliminary Infringement Contentions and will provide them on August 24, 2007.  Defendants state that they require additional time to prepare Preliminary Invalidity Contentions because Rule 3-3 of the Patent Local Rules affords Defendants 45 days from the date of service of Preliminary Infringement Contentions to provide their Preliminary Invalidity Contentions, the parties propose to extend the date for service of Defendants' Preliminary Invalidity Contentions by 35 days.  Defendants state that without this additional time period, Defendants would be prejudiced in their efforts to prepare their invalidity arguments, for example, because they would be limited in their ability to search for prior art that may be equivalent to the Accused Instrumentalities.  Plaintiff disagrees that Defendants require any additional time to provide Preliminary Invalidity Contentions because Defendants have already been informed of the asserted claims, but in the spirit of cooperation, Plaintiff would treat Defendants' request as a request for an extension of time that Plaintiff would not oppose.

      The parties have further agreed to extend the dates for the subsequent pre-trial events that trigger off of the dates for the parties' contentions.  Specifically, subject to the Court's approval, the parties propose to extend the dates for provision of their joint claim construction statement, for the close of claim construction discovery, and for filing of their respective claim construction briefs,  as follows:

| EVENT (Patent Local Rule) | Old Date | Proposed New Date |
|---|---|---|
| Preliminary Infringement Contentions (3-1, 3-2) | Thursday, July 19, 2007 | (Amendments to be Served) Friday, August 24, 2007 |
| Preliminary Invalidity Contentions (3-3) | Monday, September 03, 2007 | Monday, October 8, 2007 |
| Exchange Claim Terms (4-1) | Wednesday, September 12, 2007 | Thursday, October 18, 2007 |
| Meet and Confer re Claim Terms (4-1(b)) | Thursday, September 27, 2007 | Thursday, October 25, 2007 |
| Exchange Claim Constructions (4-2) | Tuesday, October 02, 2007 | Wednesday, November 7, 2007 |
| Meet and Confer re Claim Construction (4-2c) | Monday, October 08, 2007 | Wednesday, November 28, 2007 |
| Joint Claim Construction Statement (4-3) | Thursday, October 25, 2007 | Friday, December 7, 2007 |
| Close Claim Construction Discovery (4-4) | Friday, November 23, 2007 | Monday, January 7, 2008 |
| Patentee's Claim Construction Brief (4-5a) | Friday, December 14, 2007 | Monday, January 21, 2008 |
| Opposing Claim Construction Brief (4-5b) | Friday, January 04, 2008 | Monday, February 4, 2008 |

| | | | |
|---|---|---|---|
| Reply Claim Construction Brief (4-5c) | Friday, January 11, 2008 | Thursday, February 14, 2008 | |
| Tutorial | Tuesday, February 12, 2008 | ~~Wednesday, March 12, 2008 (or as soon thereafter as is convenient for the Court)~~ | May 6, 2008 at 2:00 p.m. |
| Claim Construction Hearing (4-5) | Monday, February 20, 2008 | ~~Wednesday, March 19, 2008 (or as soon thereafter as is convenient for the Court)~~ | May 13, 2008 at 2:00 p.m. |

The parties further stipulate and request that the Court reschedule the dates of the tutorial and claim construction hearing, both to accommodate the parties' stipulated changes to the case schedule and also because counsel for Defendants has a trial conflict with the currently scheduled date for the parties' claim construction hearing. Specifically, counsel for Defendants is scheduled to be in trial from February 20, 2008 through March 11, 2008 and from March 24, 2008 through April 4, 2008. The parties respectfully request that the tutorial and claim construction hearing accordingly be rescheduled for about March 12 and 19, 2008, respectively, or as soon after April 4, 2008 as is convenient for the Court.

Granting the current stipulation to extend time would facilitate the progress of this case, as it will permit the parties to better disclose their preliminary contentions and will accommodate counsel's trial schedule with no or only a minimal delay in the resolution of claim construction. There has been one previous time modification in this case: the parties stipulated, on July 5, 2007, for the convenience of counsel for FormFactor, to extend by two weeks the dates for provision of the parties' contentions with corresponding adjustments to the due dates for events relating to claim construction but without any change in the dates for the tutorial and claim construction hearing.

Pursuant to Local Rule 6-2(a), this stipulated request to change the schedule is supported by the accompanying declaration of Tamara Fraizer. This stipulation is made without prejudice to seek additional orders from the Court, subject to the approval of this Honorable Court.

1  Dated: August 24, 2007              /s/ Tamara Fraizer
2                                      Tamara Fraizer
                                       FISH & RICHARDSON P.C.
3
                                       Attorneys for Defendants
4                                      MICRONICS JAPAN CO., LTD., and MJC
                                       ELECTRONICS CORP.

7  Dated: August 24, 2007              /s/ Victor de Gyarfas
                                       Victor de Gyarfas
8                                      FOLEY & LARDNER LLP

9                                      Attorneys for Plaintiff
                                       FORMFACTOR, INC.
10

11      Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty

12 of perjury that concurrence in the filing of this document has been obtained from Victor de Gyarfas.

14 Dated: August 24, 2007              /s/ Tamara Fraizer
                                       Tamara Fraizer
15                                     FISH & RICHARDSON P.C.

16                                     Attorneys for Defendants
                                       MICRONICS JAPAN CO., LTD., and MJC
17                                     ELECTRONICS CORP.

18                          **AMENDED**
19                           **ORDER**

20     IT IS SO ORDERED.

21 Dated: ~~August 24, 2007~~
22         August 28, 2007
                                       _____
23                                     The Honorable Jeffrey S. White
                                       UNITED STATES DISTRICT JUDGE

25 50432990.doc

STIPULATION RE CHANGES TO PRE-TRIAL DATES AND
[~~PROPOSED~~] ORDER
Case No. 3:06-CV-07159 JSW