William J. Robinson (State Bar No. 83729)
Victor de Gyarfas (State Bar No. 171950)
Grant E. Kinsel (State Bar No. 172407)
Diana Chen (State Bar No. 232921)
**FOLEY & LARDNER LLP**
2029 Century Park East, 35th Floor
Los Angeles, California 90067-3021
Telephone:  310-277-2223
Facsimile:  310-557-8475
wrobinson@foley.com
vdegyarfas@foley.com
gkinsel@foley.com
dchen@foley.com

Attorneys for Plaintiff
**FORMFACTOR, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FORMFACTOR, INC.**, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**MICRONICS JAPAN CO., LTD.**, a Japanese corporation; and, **MJC ELECTRONICS CORP.**, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | **Case No. 4:06-CV-07159 JSW**<br><br>[~~PROPOSED~~] **ORDER GRANTING FORMFACTOR, INC.'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO SERVE AMENDED PRELIMINARY INFRINGEMENT CONTENTIONS** |

[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO SERVE AMENDED PRELIMINARY INFRINGEMENT CONTENTIONS
CASE NO. 4:06-CV-07159 JSW

LACA_865896.1

For good cause shown, Plaintiff FormFactor, Inc's ("FormFactor") "UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO SERVE AMENDED PRELIMINARY INFRINGEMENT CONTENTIONS" is granted and FormFactor is granted leave to serve Defendants with amended Preliminary Infringement Contentions.

SO ORDERED.

Dated: August 28, 2007

_____
UNITED STATES DISTRICT JUDGE

Presented on August 24, 2007 by

  /S/ VICTOR DE GYARFAS
William J. Robinson
Victor de Gyarfas
**FOLEY & LARDNER LLP**

Attorneys for **FORMFACTOR, INC.**

2

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO SERVE AMENDED PRELIMINARY INFRINGEMENT CONTENTIONS
CASE NO. 4:06-CV-07159 JSW

LACA_865896.1