| | |
|---|---|
| J. Robinson, CA SBN 83729<br>wrobinson@foley.com<br>Victor de Gyarfas, CA SBN 171950<br>vdegyarfas@foley.com<br>Grant E. Kinsel, CA SBN 172407<br>gkinsel@foley.com<br>FOLEY & LARDNER LLP<br>2029 Century Park East, 35th Floor<br>Los Angeles, California 90067-3021<br>Telephone: 310-277-2223<br>Facsimile: 310-557-8475<br><br>Attorneys for Plaintiff<br>**FORMFACTOR, INC.**<br><br>Juanita R. Brooks, CA SBN 75934<br>brooks@fr.com<br>John E. Giust, CA SBN 196337<br>giust@fr.com<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: 858-678-5070<br>Facsimile: 858-678-5090 | Barry K. Shelton, CA SBN 199307<br>shelton@fr.com<br>FISH & RICHARDSON P.C.<br>111 Congress Avenue, Suite 400<br>Austin, TX 78701-4143<br>Telephone: 512-472-5070<br>Facsimile: 512-320-8935<br><br>Tamara Fraizer, CA SBN 215942<br>fraizer@fr.com<br>S. Kameron Parvin, CA SBN 232349<br>parvin@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: 650-839-5070<br>Facsimile: 650-839-5071<br><br>Attorneys for Defendants<br>**MICRONICS JAPAN CO. LTD** and **MJC ELECTRONICS CORP.** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| FORMFACTOR, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>MICRONICS JAPAN CO., LTD., a Japanese corporation; and, MJC ELECTRONICS CORP., a Delaware corporation,<br><br>            Defendants. | Case No. 3:06-CV-07159 JSW<br><br>**STIPULATION TO EXTEND DATE FOR JOINT CLAIM CONSTRUCTION STATEMENT AND [~~PROPOSED~~] ORDER** |

      Pursuant to Civil Local Rule 6-2(a) and 6-1(b), Plaintiff FormFactor, Inc. ("FormFactor), and Defendants Micronics Japan Co., Ltd., and MJC Electronics Corp. (jointly "Micronics") do hereby stipulate to extend the time for the filing of the parties' Joint Claim Construction Statement

1  from December 7, 2007 to December 17, 2007.  This stipulation is made to facilitate
2  communications with clients who will be unavailable for a period of time after December 6, 2007.
3       This extension will not change any other scheduled dates currently on calendar.  Granting
4  the current stipulation to extend time will permit counsel to address the current issues regarding the
5  status of this case while also continuing to work productively on their Joint Claim Construction
6  Statement.
7       There have been two previous extensions of time in this case.  First, the parties stipulated on
8  July 5, 2007, to extend by two weeks the dates for provision of the parties' contentions.  See
9  Stipulation re Changes to Pre-Trial Dates and Order, D.I. 28.  Second, by stipulation, the parties
10 moved, on August 24, 2007, in fairness to the parties and to accommodate the provision by
11 FormFactor of its Amended Preliminary Infringement Contentions, to extend the time for various
12 dependent pre-trial events.  See Amended Order Granting Stipulation Re Changes to Pretrial Dates,
13 D.I. 36.
14       Pursuant to Local Rule 6-2(a), this stipulated request to change the schedule is supported by
15 the accompanying Declaration of Tamara Fraizer.

17 Dated:  December 5, 2007           /s/ Tamara Fraizer
                                      Tamara Fraizer
18                                    FISH & RICHARDSON P.C.

19                                    Attorneys for Defendants
20                                    MICRONICS JAPAN CO., LTD., and MJC
                                      ELECTRONICS CORP.

23 Dated:  December 5, 2007           /s/ Victor de Gyarfas
                                      Victor de Gyarfas
24                                    FOLEY & LARDNER LLP

25                                    Attorneys for Plaintiff
                                      FORMFACTOR, INC.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Victor de Gyarfas.

Dated: December 5, 2007

/s/ Tamara Fraizer
Tamara Fraizer
FISH & RICHARDSON P.C.

Attorneys for Defendants
MICRONICS JAPAN CO., LTD., and MJC ELECTRONICS CORP.

**ORDER**

IT IS SO ORDERED.

Dated:   December 6, 2007

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE

50432990.doc