UNITED STATES DISTRICT COURT
Northern District of California
San Francisco Division

FORMFACTOR, INC., a Delaware corporation,

              Plaintiff(s),

v.

MICRONICS JAPAN CO., LTD., a Japanese corporation; and, MJC ELECTRONICS CORP., a Delaware corporation,

              Defendant(s).

CASE NO. 4:06-CV-07159 JSW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Anish Desai, an active member in good standing of the bar of District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing FORMFACTOR, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:

*/s/ Jeffrey S. White*
United States District Judge
Judge Jeffrey S. White