| | |
|---|---|
| William J. Robinson, CA SBN 83729<br>wrobinson@foley.com<br>Victor de Gyarfas, CA SBN 171950<br>vdegyarfas@foley.com<br>Grant E. Kinsel, CA SBN 172407<br>gkinsel@foley.com<br>FOLEY & LARDNER LLP<br>2029 Century Park East, 35th Floor<br>Los Angeles, California 90067-3021<br>Telephone: 310-277-2223<br>Facsimile: 310-557-8475<br><br>Attorneys for Plaintiff<br>**FORMFACTOR, INC.**<br><br>Juanita R. Brooks, CA SBN 75934<br>brooks@fr.com<br>John E. Giust, CA SBN 196337<br>giust@fr.com<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: 858-678-5070<br>Facsimile: 858-678-5090 | Barry K. Shelton, CA SBN 199307<br>shelton@fr.com<br>FISH & RICHARDSON P.C.<br>111 Congress Avenue, Suite 400<br>Austin, TX 78701-4143<br>Telephone: 512-472-5070<br>Facsimile: 512-320-8935<br><br>Tamara Fraizer, CA SBN 215942<br>fraizer@fr.com<br>S. Kameron Parvin, CA SBN 232349<br>parvin@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: 650-839-5070<br>Facsimile: 650-839-5071<br><br>Attorneys for Defendants<br>**MICRONICS JAPAN CO. LTD** and **MJC ELECTRONICS CORP.** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| FORMFACTOR, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MICRONICS JAPAN CO., LTD., a Japanese corporation; and, MJC ELECTRONICS CORP., a Delaware corporation,<br><br>    Defendants. | Case No. 3:06-CV-07159 JSW<br><br>**STIPULATION TO EXTEND DATE FOR JOINT CLAIM CONSTRUCTION STATEMENT AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-2(a) and 6-1(b), and the Court's December 6, 2007 Order, Plaintiff FormFactor, Inc. ("FormFactor"), and Defendants Micronics Japan Co., Ltd., and MJC Electronics Corp. (jointly "Micronics") do hereby stipulate, subject to the approval of this Honorable Court, to extend the time for the filing of the parties' Joint Claim Construction Statement

1  from December 17, 2007 to December 27, 2007.  This stipulation is made to facilitate further
2  discussions concerning claim construction and communications with clients.

3      This extension will not change any other scheduled dates currently on calendar.  Granting
4  the current stipulation to extend time will permit counsel to address the current issues regarding the
5  status of this case while also continuing to work productively on their Joint Claim Construction
6  Statement.

7      There have been three previous extensions of time in this case.  First, the parties stipulated
8  on July 5, 2007, to extend by two weeks the dates for provision of the parties' contentions.  See
9  Stipulation re Changes to Pre-Trial Dates and Order, D.I. 28.  Second, by stipulation, the parties
10 moved, on August 24, 2007, in fairness to the parties and to accommodate the provision by
11 FormFactor of its Amended Preliminary Infringement Contentions, to extend the time for various
12 dependent pre-trial events.  See Amended Order Granting Stipulation Re Changes to Pretrial Dates,
13 D.I. 36.  Third, the parties stipulated on December 5, 2007, to extend the date for the Joint Claim
14 Construction Statement

15     Pursuant to Local Rule 6-2(a), this stipulated request to change the schedule is supported by
16 the accompanying declaration of Victor de Gyarfas.

18 Dated:  December 14, 2007         /s/ Tamara Fraizer
                                    Tamara Fraizer
19                                  FISH & RICHARDSON P.C.

20                                  Attorneys for Defendants
                                    MICRONICS JAPAN CO., LTD., and MJC
21                                  ELECTRONICS CORP.

24 Dated:  December 14, 2007         /s/ Victor de Gyarfas
                                    Victor de Gyarfas
25                                  FOLEY & LARDNER LLP

26                                  Attorneys for Plaintiff
                                    FORMFACTOR, INC.

1  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty
2  of perjury that concurrence in the filing of this document has been obtained from Tamara Fraizer.

Dated: December 14, 2007

/s/ Victor de Gyarfas
Victor de Gyarfas
FOLEY & LARDNER LLP

Attorneys for Plaintiff
FORMFACTOR, INC.   .

**ORDER**

IT IS SO ORDERED.

Dated: December 17, 2007

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE