| | |
|---|---|
| William J. Robinson, CA SBN 83729<br>wrobinson@foley.com<br>Victor de Gyarfas, CA SBN 171950<br>vdegyarfas@foley.com<br>FOLEY & LARDNER LLP<br>2029 Century Park East, 35th Floor<br>Los Angeles, California 90067-3021<br>Telephone: 310-277-2223<br>Facsimile: 310-557-8475<br><br>Attorneys for Plaintiff<br>**FORMFACTOR, INC.**<br><br>Juanita R. Brooks, CA SBN 75934<br>brooks@fr.com<br>John E. Giust, CA SBN 196337<br>giust@fr.com<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: 858-678-5070<br>Facsimile: 858-678-5090 | Barry K. Shelton, CA SBN 199307<br>shelton@fr.com<br>FISH & RICHARDSON P.C.<br>111 Congress Avenue, Suite 400<br>Austin, TX 78701-4143<br>Telephone: 512-472-5070<br>Facsimile: 512-320-8935<br><br>Tamara Fraizer, CA SBN 215942<br>fraizer@fr.com<br>S. Kameron Parvin, CA SBN 232349<br>parvin@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: 650-839-5070<br>Facsimile: 650-839-5071<br><br>Attorneys for Defendants<br>**MICRONICS JAPAN CO. LTD** and **MJC ELECTRONICS CORP.** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| FORMFACTOR, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICRONICS JAPAN CO., LTD., a Japanese corporation; and, MJC ELECTRONICS CORP., a Delaware corporation,<br><br>　　　　Defendants. | Case No. 3:06-CV-07159 JSW<br><br>**STIPULATION TO EXTEND DATE FOR JOINT CLAIM CONSTRUCTION STATEMENT AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-2(a) and 6-1(b), and the Court's December 6, 2007 Order, Plaintiff FormFactor, Inc. ("FormFactor"), and Defendants Micronics Japan Co., Ltd., and MJC Electronics Corp. (jointly "Micronics") do hereby stipulate, subject to the approval of this Honorable Court, to extend the time for the filing of the parties' Joint Claim Construction Statement

1  from December 27, 2007 to January 3, 2008.  This stipulation is made to facilitate further

2  discussions concerning claim construction and communications with clients.

3      This extension will not change any other scheduled dates currently on calendar.  Granting

4  the current stipulation to extend time will permit counsel to address the current issues regarding the

5  status of this case while also continuing to work productively on their Joint Claim Construction

6  Statement.

7      There have been four previous extensions of time in this case.  First, the parties stipulated on

8  July 5, 2007, to extend by two weeks the dates for provision of the parties' contentions.  See

9  Stipulation re Changes to Pre-Trial Dates and Order, D.I. 28.  Second, by stipulation, the parties

10  moved, on August 24, 2007, in fairness to the parties and to accommodate the provision by

11  FormFactor of its Amended Preliminary Infringement Contentions, to extend the time for various

12  dependent pre-trial events.  See Amended Order Granting Stipulation Re Changes to Pretrial Dates,

13  D.I. 36.  Third, the parties stipulated on December 5, 2007, to extend the date for the Joint Claim

14  Construction Statement.  Fourth, the parties stipulated on December 14, 2007 to extend the date for

15  the Joint Claim Construction Statement until December 27, 2007 pending discussions concerning a

16  stay.

17      Pursuant to Local Rule 6-2(a), this stipulated request to change the schedule is supported by

18  the accompanying declaration of Victor de Gyarfas.

19

20  Dated:  December 26, 2007    /s/ Tamara Fraizer
    Tamara Fraizer
21    FISH & RICHARDSON P.C.

22    Attorneys for Defendants
    MICRONICS JAPAN CO., LTD., and MJC
23    ELECTRONICS CORP.

24

25

26  Dated:  December 26, 2007    /s/ Victor de Gyarfas
    Victor de Gyarfas
27    FOLEY & LARDNER LLP

28

1
2
Attorneys for Plaintiff
FORMFACTOR, INC.

3   Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty

4 of perjury that concurrence in the filing of this document has been obtained from Tamara Fraizer.

5

6 Dated: December 26, 2007

    /s/ Victor de Gyarfas
Victor de Gyarfas
7 FOLEY & LARDNER LLP

8 Attorneys for Plaintiff
FORMFACTOR, INC.   .

9

10 **ORDER**

11 IT IS SO ORDERED.

12 Dated: December 27, 2007

13

14 _____
The Honorable Jeffrey S. White
15 UNITED STATES DISTRICT JUDGE

16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION RE CHANGES TO DATE FOR JOINT CLAIM
CONSTRUCTION STATEMENT AND [PROPOSED] ORDER
Case No. 3:06-CV-07159 JSW

LACA_1027353.1