1  William J. Robinson (SBN 83729)
   Victor de Gyarfas (SBN 171950)
2  Grant E. Kinsel (SBN 172407)
   **FOLEY & LARDNER LLP**
3  555 South Flower Street, Suite 3500
   Los Angeles, California 90071
4  Telephone:  213-972-4500
   Facsimile:  213-486-0065
5  wrobinson@foley.com
   vdegyarfas@foley.com
6  gkinsel@foley.com

7  Attorneys for Plaintiff
   **FORMFACTOR, INC.**
8

9  Juanita R. Brooks, CA SBN 75934,
   brooks@fr.com
10 John E. Giust, CA SBN 196337,
   giust@fr.com
11 FISH & RICHARDSON P.C.
   12390 El Camino Real
12 San Diego, CA 92130
   Telephone: 858-678-5070
13 Facsímile: 858-678-5090

Barry K. Shelton, CA SBN 199307,
shelton@fr.com
FISH & RICHARDSON P.C.
111 Congress Avenue, Suite 400
Austin, TX 78701-4143
Telephone : 512-472-5070
Facsimile : 512-320-8935

Tamara Fraizer, CA SBN 215942,
fraizer@fr.com
S. Kameron Parvin, CA SBN 232349,
parvin@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: 650-839-5070
Facsimile: 650-839-5071

Attorneys for Defendants
**MICRONICS JAPAN CO. LTD** and **MJC
ELECTRONICS CORP.**

14           UNITED STATES DISTRICT COURT

15          NORTHERN DISTRICT OF CALIFORNIA

16              (SAN FRANCISCO DIVISION)

17 FORMFACTOR, INC., a Delaware corporation,        Case No. 3:06-CV-07159 JSW

18            Plaintiff,                            **STIPULATION RE CHANGES TO
                                                   PRE-TRIAL DATES AND**
19       v.                                        **[PROPOSED] ORDER**

20 MICRONICS JAPAN CO., LTD., a Japanese
   corporation; and, MJC ELECTRONICS CORP., a
21 Delaware corporation,

22            Defendants.

23

24        Pursuant to the Court's December 6, 2007 Order and Civil Local Rules 6-2(a) and 6-1(b),

25 plaintiff FormFactor, Inc., and defendants Micronics Japan Co., Ltd., and MJC Electronics Corp. do

26 hereby stipulate, subject to the approval of this Honorable Court, to extend the time for various

27 dependent pre-trial events.  The parties have met and conferred in connection with the December 6,

28

LACA_1047641.1

2007 Order, keeping in mind the February 1, 2008 date set therein and avoiding the unnecessary expenditure of the Court's and the parties' resources.

Specifically, subject to the Court's approval, the parties propose to extend the dates for provision of their joint claim construction statement, for the close of claim construction discovery, and for filing of their respective claim construction briefs, as follows:

| EVENT (Patent Local Rule) | Old Date | Proposed New Date |
|---|---|---|
| Joint Claim Construction Statement (4-3) | January 3, 2008 | Friday, January 11, 2008 |
| Close Claim Construction Discovery (4-4) | Monday, January 7, 2008 | Monday, February 11, 2008 |
| Patentee's Claim Construction Brief (4-5a) | Monday, January 21, 2008 | Monday, February 4, 2008 |
| Opposing Claim Construction Brief (4-5b) | Monday, February 4, 2008 | Monday, March 3, 2008 |
| Reply Claim Construction Brief (4-5c) | Thursday, February 14, 2008 | Monday, March 17, 2008 |
| Tutorial | May 6, 2008 at 2:00 p.m. | May 6, 2008 at 2:00 p.m. |
| Claim Construction Hearing (4-5) | May 13, 2008 at 2:00 p.m. | May 13, 2008 at 2:00 p.m. |

The parties have provided several stipulations to extend the date for their Joint Claim Construction Statement while negotiating this schedule and addressing matters related to the Defendants' Motion for Stay. In addition, and as noted in those stipulations, the parties previously stipulated on July 5, 2007, to extend by two weeks the dates for provision of the parties' contentions and they moved, on August 24, 2007, in fairness to the parties and to accommodate the provision by FormFactor of its Amended Preliminary Infringement Contentions, to extend the time for various other dependent pre-trial events.

Pursuant to Local Rule 6-2(a), this stipulated request to change the schedule is supported by the accompanying declaration of Victor de Gyarfas. This stipulation is made without prejudice to seek additional orders from the Court, subject to the approval of this Honorable Court.

LACA_1047641.1

1   Dated:  January 3, 2008                    /s/
                                               Tamara Fraizer
2                                              FISH & RICHARDSON P.C.

3                                              Attorneys for Defendants
                                               MICRONICS JAPAN CO., LTD., and MJC
4                                              ELECTRONICS CORP.

5

6

7   Dated:  January 3, 2008                    /s/
                                               Victor de Gyarfas
8                                              FOLEY & LARDNER LLP

9                                              Attorneys for Plaintiff
                                               FORMFACTOR, INC.

10

11          Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty

12  of perjury that concurrence in the filing of this document has been obtained from Tamara Fraizer.

13

14  Dated:  January 3, 2008                    /s/
                                               Victor de Gyarfas
15                                             FOLEY & LARDNER LLP

16                                             Attorneys for Plaintiff
                                               FORMFACTOR, INC.

17

18

19                              **ORDER**

20  IT IS SO ORDERED.

21  Dated: January 3, 2008

22

23  _____
    The Honorable Jeffrey S. White
24  UNITED STATES DISTRICT JUDGE

25

26

27

28

LACA_1047641.1