IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORMFACTOR, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>MICRONICS JAPAN CO., LTD. ET AL,<br><br>    Defendants.<br>_____/ | No. C 06-07159 JSW<br><br>**ORDER VACATING HEARING ON MOTION TO STAY** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to stay which has been noticed for hearing on Friday, February 1, 2008 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: January 29, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE