United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORMFACTOR, INC., | |
| Plaintiff, | No. C 06-07159 JSW |
| v. | |
| MICRONICS JAPAN CO., LTD. ET AL, | **ORDER REGARDING MOTION TO STAY** |
| Defendants. | |

The Court is aware that the parties have upcoming deadlines in this matter and therefore issues this Order. The Court intends to grant Defendants' motion to stay the action and therefore all pending deadlines are HEREBY VACATED. An order detailing the Court's reasoning shall follow.

**IT IS SO ORDERED.**

Dated: February 1, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE