IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORMFACTOR, INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>MICRONICS JAPAN CO., LTD., a Japanese corporation and MJC ELECTRONICS CORP., a Delaware corporation,<br><br>       Defendants. | No. CV-06-07159 JSW<br><br>**ORDER REQUIRING STATUS REPORT** |

On February 11, 2008, this Court granted Micronics' motion to stay. The Court HEREBY ORDERS the parties to file a joint status report on the status of the ITC Proceedings. The joint status report shall be due on or before September 12, 2008.

**IT IS SO ORDERED.**

Dated: August 26, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE