United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORMFACTOR, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>MICRONICS JAPAN CO., LTD., a Japanese corporation and MJC ELECTRONICS CORP., a Delaware corporation,<br><br>    Defendants. | No. CV-06-07159 JSW<br><br>**ORDER REQUIRING FURTHER JOINT STATUS REPORTS** |

On February 11, 2008, this Court granted Micronics' motion to stay. The Court HEREBY ORDERS the parties to file further joint status report on the status of the ITC Proceedings. The joint status report shall be due on or before April 10, 2009. The Court FURTHER ORDERS that the parties shall continue to file joint status reports every 120 days thereafter until the stay is lifted.

**IT IS SO ORDERED.**

Dated: April 3, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE