**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORMFACTOR, INC., | |
| Plaintiff, | No. C 06-07159 JSW |
| v. | |
| MICRONICS JAPAN CO., LTD. ET AL, | **ORDER REQUIRING PARTIES TO MEET AND CONFER AND SUBMIT STIPULATION OR CASE MANAGEMENT CONFERENCE STATEMENT** |
| Defendants. | |

On January 22, 2010, this Court received a further joint status report indicating that the parties were in the process of communicating about meeting to discuss the potential resolution of this matter and that such discussions were likely to occur in the next 4-6 weeks. The Court HEREBY ORDERS that the parties meet and confer in person to discuss the potential resolution of this matter and submit either a stipulation of dismissal or a joint proposed case management conference statement by no later than March 19, 2010. If the parties submit anything other than a stipulation of dismissal, the Court will hold a case management conference on Friday, March 26, 2010 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: February 22, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE