William J. Robinson (SBN 83729)
Victor de Gyarfas (SBN 171950)
**FOLEY & LARDNER LLP**
555 South Flower Street
Suite 3500
Los Angeles, CA 90071
Telephone: 213-972-4500
Facsimile: 213-486-0065
wrobinson@foley.com
vdegyarfas@foley.com

Attorneys for Plaintiff
**FORMFACTOR, INC.**

Juanita R. Brooks, CA SBN 75934
brooks@fr.com
**FISH & RICHARDSON P.C.**
12390 El Camino Real
San Diego, CA 92130
Telephone: 858-678-5070
Facsimile: 858-678-5090

Tamara Fraizer, CA SBN 215942
fraizer@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: 650-839-5070
Facsimile: 650-839-5071

John E. Giust
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC**
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: 858-320-3000
Facsimile: 858-320-3001
jgiust@mintz.com

Attorneys for Defendants
**MICRONICS JAPAN CO. LTD** and **MJC ELECTRONICS CORP.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| FORMFACTOR, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICRONICS JAPAN CO., LTD., a Japanese corporation; and, MJC ELECTRONICS CORP., a Delaware corporation,<br><br>Defendants. | Case No. 3:06-CV-07159 JSW<br><br>**STIPULATION RE CHANGES TO PRE-TRIAL DATES RELATING TO AN AMENDED COMPLAINT AND [PROPOSED] ORDER** |

1
STIPULATION RE CHANGES TO PRE-TRIAL DATES RELATING TO
AN AMENDED COMPLAINT AND [PROPOSED] ORDER
Case No. 3:06-CV-07159 JSW

LACA_2546158.1

Plaintiff FormFactor, Inc. and defendants Micronics Japan Co., Ltd. and MJC Electronics Corp. have been continuing ongoing settlement discussions and believe that a continuance of certain pretrial dates will be conducive to furthering prospects of settlement. Accordingly, pursuant to Civil Local Rule 6-2(a) and 6-1(b), and subject to the approval of this Honorable Court, the parties stipulate to a 28 day continuance of the dates relating to the filing of a motion to amend the complaint and dates related thereto, as follows:

| EVENT | Date Set By 3/26/10 Order | Newly Stipulated To Date |
|---|---|---|
| FormFactor Files Motion to Amend Complaint | May 3, 2010 | May 31, 2010 |
| Defendants' Opposition to Motion to Amend | May 17, 2010 | June 14, 2010 |
| FormFactor Reply to Defendants Opposition re Motion to Amend | May 27, 2010 | June 24, 2010 |

Hearing on motion to amend continued from June 11, 2010 to July 16, 2010 at 9:00 a.m.

Since March 26, 2010, there have been no other modifications to the schedule for this case.

2
STIPULATION RE CHANGES TO PRE-TRIAL DATES RELATING TO
AN AMENDED COMPLAINT AND [PROPOSED] ORDER
Case No. 3:06-CV-07159 JSW

LACA_2546158.1

This stipulation is made without prejudice to seek additional orders from the Court, subject to the approval of this Honorable Court.

Dated: May 3, 2010                     /s/ William J. Robinson
                                       William J. Robinson
                                       FOLEY & LARDNER LLP

                                       Attorney for Plaintiff
                                       FORMFACTOR, INC.

Dated: May 3, 2010                     /s/ John E. Giust
                                       John E. Giust
                                       MINTZ LEVIN COHN FERRIS GLOVSKY
                                       AND POPEO PC

                                       Attorney for Defendants
                                       MICRONICS JAPAN CO., LTD., and MJC
                                       ELECTRONICS CORP.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from John E. Giust.

Dated: May 3, 2010                     /s/ William J. Robinson
                                       William J. Robinson
                                       FOLEY & LARDNER LLP

                                       Attorney for Plaintiff
                                       FORMFACTOR, INC.

## ORDER

IT IS SO ORDERED.

Dated: May 5, 2010                     _____
                                       UNITED STATES DISTRICT JUDGE

STIPULATION RE CHANGES TO PRE-TRIAL DATES AND [PROPOSED] ORDER
CASE NO. 3:06-CV-07159 JSW

3

LACA_2546158.1