1   William J. Robinson (SBN 83729)
    Victor de Gyarfas (SBN 171950)
2   **FOLEY & LARDNER LLP**
    555 South Flower Street
3   Suite 3500
    Los Angeles, CA 90071
4   Telephone: 213-972-4500
    Facsimile:  213-486-0065
5   wrobinson@foley.com
    vdegyarfas@foley.com
6
    Attorneys for Plaintiff
7   **FORMFACTOR, INC.**

8
    Juanita R. Brooks, CA SBN 75934
9   brooks@fr.com
    **FISH & RICHARDSON P.C.**
10  12390 El Camino Real
    San Diego, CA 92130
11  Telephone: 858-678-5070
    Facsimile: 858-678-5090

Tamara Fraizer, CA SBN 215942
fraizer@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: 650-839-5070
Facsimile: 650-839-5071

John E. Giust
**MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO PC**
3580 Carmel Mountain Road, Suite
300
San Diego, CA 92130
Telephone:  858-320-3000
Facsimile: 858-320-3001
jgiust@mintz.com

Attorneys for Defendants
**MICRONICS JAPAN CO. LTD** and
**MJC ELECTRONICS CORP.**

12

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                     (SAN FRANCISCO DIVISION)

17

18  FORMFACTOR, INC., a Delaware
    corporation,

19              Plaintiff,

20          v.

21  MICRONICS JAPAN CO., LTD., a
    Japanese corporation; and, MJC
22  ELECTRONICS CORP., a Delaware
    corporation,

23

24              Defendants.

Case No. 3:06-CV-07159 JSW

**SECOND STIPULATION RE
CHANGES TO PRE-TRIAL DATES
RELATING TO AN AMENDED
COMPLAINT AND [PROPOSED]
ORDER**

25

26

27

28

1

LACA_2576007.1

Plaintiff FormFactor, Inc. and defendants Micronics Japan Co., Ltd. and MJC

Electronics Corp. have been continuing ongoing settlement discussions and believe that

they are close to settling the case, but believe that a continuance of certain pretrial dates

will be conducive to furthering prospects of settlement.  The parties previously

stipulated, subject to this Honorable Court's approval, and this Court approved a four

week continuance of the time to file a motion to file a motion to amend the complaint.

The parties now believe that a continuation of two more weeks will be necessary.

Accordingly, pursuant to Civil Local Rule 6-2(a) and 6-1(b), and subject to the

approval of this Honorable Court, the parties stipulate to a 14 day further continuance

of the dates relating to the filing of a motion to amend the complaint and dates related

thereto, as follows:

| EVENT | Date Set By 5/3/10 Order | Newly Stipulated To Date |
|---|---|---|
| FormFactor Files Motion to Amend Complaint | May 31, 2010 | June 14, 2010 |
| Defendants' Opposition to Motion to Amend | June 14, 2010 | June 28, 2010 |
| FormFactor Reply to Defendants Opposition re Motion to Amend | June 24, 2010 | July 8, 2010 |
| Hearing on motion to amend complaint | July 16, 2010 | ~~July 30, 2010,~~ August 6, 2010 or subject to the Court's availability and preference |

This revision of the schedule will not affect any of the other currently scheduled

dates.

Since May 3, 2010, there have been no other modifications to the schedule for this

case.

2

LACA_2576007.1

1    This stipulation is made without prejudice to seek additional orders from the

2    Court, subject to the approval of this Honorable Court.

3

4    Dated:  May 26, 2010                      ___/s/ William J. Robinson__

5                                              William J. Robinson
                                               FOLEY & LARDNER LLP
6
                                               Attorney for Plaintiff
7                                              FORMFACTOR, INC.

8

9    Dated:  May 26, 2010                      ___/s/ John E. Giust___

10                                             John E. Giust
                                               MINTZ LEVIN COHN FERRIS GLOVSKY
11                                             AND POPEO PC

12                                             Attorney for Defendants
                                               MICRONICS JAPAN CO., LTD., and MJC
13                                             ELECTRONICS CORP.

14        Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest

15   under penalty of perjury that concurrence in the filing of this document has been

16

17   obtained from John E. Giust.

18

19   Dated:  May 26, 2010                      ___/s/ William J. Robinson__

20                                             William J. Robinson
                                               FOLEY & LARDNER LLP
21
                                               Attorney for Plaintiff
22                                             FORMFACTOR, INC.

23                       **ORDER**

24

25   IT IS SO ORDERED.

26   Dated:  May 27, 2010      _____

27                                     UNITED STATES DISTRICT JUDGE

28                                             SECOND STIPULATION RE CHANGES
                                               TO PRE-TRIAL DATES AND [PROPOSED] ORDER
                                               CASE NO.  3:06-CV-07159 JSW

3

LACA_2576007.1