William J. Robinson (SBN 83729)
Victor de Gyarfas (SBN 171950)
**FOLEY & LARDNER LLP**
555 South Flower Street
Suite 3500
Los Angeles, CA 90071
Telephone: 213-972-4500
Facsimile:  213-486-0065
wrobinson@foley.com
vdegyarfas@foley.com

Attorneys for Plaintiff
**FORMFACTOR, INC.**

Juanita R. Brooks, CA SBN 75934
brooks@fr.com
**FISH & RICHARDSON P.C.**
12390 El Camino Real
San Diego, CA 92130
Telephone: 858-678-5070
Facsimile: 858-678-5090

Tamara Fraizer, CA SBN 215942
fraizer@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: 650-839-5070
Facsimile: 650-839-5071

John E. Giust
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC**
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone:  858-320-3000
Facsimile: 858-320-3001
jgiust@mintz.com

Attorneys for Defendants
**MICRONICS JAPAN CO. LTD** and **MJC ELECTRONICS CORP.**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| FORMFACTOR, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MICRONICS JAPAN CO., LTD., a Japanese corporation; and, MJC ELECTRONICS CORP., a Delaware corporation,<br><br>    Defendants. | Case No. 3:06-CV-07159 JSW<br><br>**THIRD STIPULATION RE CHANGES TO PRE-TRIAL DATES RELATING TO AN AMENDED COMPLAINT AND [PROPOSED] ORDER** |

1
THIRD STIPULATION RE CHANGES TO PRE-TRIAL DATES
RELATING TO AN AMENDED COMPLAINT AND [PROPOSED] ORDER
Case No. 3:06-CV-07159 JSW

LACA_2588527.1

Plaintiff FormFactor, Inc. and defendants Micronics Japan Co., Ltd. and MJC Electronics Corp. have been continuing ongoing settlement discussions and believe that they are close to settling the case, but believe that a continuance of certain pretrial dates will be conducive to furthering prospects of settlement. The parties initially stipulated, subject to this Honorable Court's approval, and this Court approved a four week continuance of the time to file a motion to amend the complaint. That stipulation was approved by the Court on May 3, 2010. The parties then continued settlement discussions but required an additional two weeks for settlement discussions and hoped that settlement could be accomplished in that time. That stipulation was approved by the Court on May 27, 2010. The parties have made significant progress toward settlement, but a small number of issues remain to be resolved. The parties, however, expect they will be able to resolve them if given another extension of time. The parties now believe that a continuation of two more weeks will be necessary. Accordingly, pursuant to Civil Local Rule 6-2(a) and 6-1(b), and subject to the approval of this Honorable Court, the parties stipulate to a 14 day further continuance of the dates relating to the filing of a Motion to Amend the complaint and dates related thereto, as follows. Alternatively, the parties request that the Court take the dates for the Motion to Amend off-calendar, and, if the parties have not settled by June 28, 2010, the parties will propose a new schedule by June 30, 2010.

2

THIRD STIPULATION RE CHANGES TO PRE-TRIAL DATES
RELATING TO AN AMENDED COMPLAINT AND [PROPOSED] ORDER
Case No. 3:06-CV-07159 JSW

LACA_2588527.1

| EVENT | Date Set By 5/27/10 Order | Newly Stipulated To Date |
|---|---|---|
| FormFactor Files Motion to Amend Complaint | June 14, 2010 | June 28, 2010 |
| Defendants' Opposition to Motion to Amend | June 28, 2010 | July 12, 2010 |
| FormFactor Reply to Defendants Opposition re Motion to Amend | July 8, 2010 | July 22, 2010 |
| Hearing on motion to amend complaint | July 30, 2010 | August 13, 2010, or subject to the Court's availability and preference |

The extension of time required to file a motion to amend the complaint will also impact the disclosure of asserted claims and preliminary infringement contentions and the dates that follow that disclosure. Accordingly, the parties also request that those dates be modified as follows.

| EVENT | Previously Ordered Date (by Order of March 26, 2010) | New Date |
|---|---|---|
| Disclosure of Asserted Claims and Preliminary Infringement Contentions – PLR 3-1 | Monday, August 02, 2010 | Monday, September 27, 2010 |
| Document Production – PLR 3-2 | Monday, August 02, 2010 | Monday, September 27, 2010 |
| Preliminary Invalidity Contentions PLR 3-1, 3-2 | Friday, September 17, 2010 | Friday, November 12, 2010 |
| Exchange Proposed Terms And Claim Elements for Claim Construction - PLR 4-1 | Friday, September 17, 2010 | Friday, November 12, 2010 |
| Meet and Confer re Claim terms – PLR 4-1 | Friday, September 24, 2010 | Friday, November 19, 2010 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence - PLR 4-2 | Friday, October 08, 2010 | Friday, December 03, 2010 |

3

THIRD STIPULATION RE CHANGES TO PRE-TRIAL DATES
RELATING TO AN AMENDED COMPLAINT AND [PROPOSED] ORDER
Case No. 3:06-CV-07159 JSW

LACA_2588527.1

| | | |
|---|---|---|
| Meet and confer re Preliminary Claim Construction - PLR 4-2 | Friday, October 22, 2010 | Friday, December 17, 2010 |
| Joint Claim Construction and Prehearing Statement - PLR 4-3 | Tuesday, November 30, 2010 | Tuesday, January 25, 2011 |
| Claim Construction Opening Brief due - PLR 4-5 | Wednesday, December 22, 2010 | Wednesday, February 16, 2011 |
| Completion of Claim Construction Discovery – PLR 4-4 | Friday, December 31, 2010 | Friday, February 25, 2011 |
| Claim Construction Opposition Brief due – PLR 4-5 | Friday, January 21, 2011 | Friday, March 18, 2011 |
| Claim Construction Reply Brief due – PLR 4-5 | Friday, February 11, 2011 | Friday, April 08, 2011 |
| Fact discovery cutoff | Tuesday, February 22, 2011 | Tuesday, April 19, 2011 |
| Deadline for joining parties | Tuesday, February 22, 2011 | Tuesday, April 19, 2011 |
| Claim Construction Tutorial | Tuesday, April 05, 2011 | Tuesday, May 31, 2011 |
| Claim Construction Hearing – PLR 4-6 | Tuesday, April 12, 2011 | Tuesday, June 07, 2011 |

Since May 3, 2010, there was a schedule modification on May 27, 2010. Since May 27, 2010 there have been no other modifications to the schedule for this case.

4
THIRD STIPULATION RE CHANGES TO PRE-TRIAL DATES
RELATING TO AN AMENDED COMPLAINT AND [PROPOSED] ORDER
Case No. 3:06-CV-07159 JSW

LACA_2588527.1

This stipulation is made without prejudice to seek additional orders from the Court, subject to the approval of this Honorable Court.

Dated: June 11, 2010    /s/ William J. Robinson
William J. Robinson
FOLEY & LARDNER LLP

Attorney for Plaintiff
FORMFACTOR, INC.

Dated: June 11, 2010    /s/ Tamara Fraizer
Tamara Fraizer
**FISH & RICHARDSON P.C.**

Attorney for Defendants
MICRONICS JAPAN CO., LTD., and MJC ELECTRONICS CORP.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Tamara Fraizer.

Dated: June 11, 2010    /s/ William J. Robinson
William J. Robinson
FOLEY & LARDNER LLP

**Attorney for Plaintiff
FORMFACTOR, INC.**

# ORDER

IT IS SO ORDERED.

Dated: June 14, 2010    _____
UNITED STATES DISTRICT JUDGE