1  William J. Robinson, CA SBN 83729
   wrobinson@foley.com
2  **FOLEY & LARDNER LLP**
   555 South Flower Street
3  Suite 3500
   Los Angeles, CA 90071
4  Telephone: 213-972-4500
   Facsimile:  213-486-0065
5
   Attorneys for Plaintiff
6  **FORMFACTOR, INC.**

7  Tamara Fraizer, CA SBN 215942
   fraizer@fr.com
8  **FISH & RICHARDSON P.C.**
   500 Arguello Street, Suite 500
9  Redwood City, CA 94063
   Telephone: 650-839-5070
10 Facsimile: 650-839-5071

11 Attorneys for Defendants
   **MICRONICS JAPAN CO. LTD.**
12 and **MJC ELECTRONICS CORP.**

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                       (SAN FRANCISCO DIVISION)

17 | FORMFACTOR, INC., a Delaware corporation, | Case No. 3:06-CV-07159 JSW |
|---|---|
18 | Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
19 | v. | |
20 | MICRONICS JAPAN CO., LTD., a Japanese corporation; and, MJC ELECTRONICS CORP., a Delaware corporation, | |
21 | | |
22 | Defendants. | |

23

24     Pursuant to F.R.Civ.P. 41(a), it is here stipulated, by and between the parties, through their

25 respective counsel, as follows:

26     1. This action, including all claims and counterclaims between the parties, is dismissed with

27 prejudice;

28     2. The parties to this action shall bear their own costs and attorneys' fees; and

1      3. The Court will retain jurisdiction to enforce the Settlement Agreement entered into by
2  and between the parties.

3

4  Dated: July 15, 2010                    /s/ Tamara Fraizer
                                           Tamara Fraizer
5                                          FISH & RICHARDSON P.C.

6                                          Attorneys for Defendants
7                                          MICRONICS JAPAN CO., LTD., and MJC
                                           ELECTRONICS CORP.

8

9

10 Dated: July 15, 2010                    /s/ William J. Robinson
                                           William J. Robinson
11                                         FOLEY & LARDNER LLP

12                                         Attorneys for Plaintiff
                                           FORMFACTOR, INC.
13

14     Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty
15 of perjury that concurrence in the filing of this document has been obtained from Tamara Fraizer.

16

17 Dated: July 15, 2010                    /s/ William J. Robinson
                                           William J. Robinson
18                                         FOLEY & LARDNER LLP

19                                         Attorneys for Plaintiff
                                           FORMFACTOR, INC.    .
20

21
                                     **ORDER**
22
       IT IS SO ORDERED.
23
   Dated:   July 15, 2010
24

25                                         _____
                                           The Honorable Jeffrey S. White
26                                         UNITED STATES DISTRICT JUDGE

27

28

                                              STIPULATION RE DISMISSAL AND [PROPOSED] ORDER
                                              Case No. 3:06-CV-07159 JSW
LACA_2598794.1